UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GRAMERCY ARGENTINA OPPORTUNITY
FUND, LTD., GRAMERCY EMERGING
MARKETS FUND and PARTNERS GROUP
ALTERNATIVE STRATEGIES PCC
LIMITED BLUE KAPPA CELL,

                Plaintiffs,                07 Civ. 11492 (TPG)

    -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that defendant The Republic of Argentina hereby appears in this action by its undersigned attorney, Jonathan A. Willens LLC, and requests that all notices and papers be served on its attorney at the address below or through the Court's electronic filing system.

Dated:   New York, New York
           February 8, 2008

                                          JONATHAN A. WILLENS LLC

                                          By: _____
                                                Jonathan A. Willens, Esq. (JW-9180)
                                          217 Broadway, Suite 707
                                          New York, New York 10007
                                          Tel. (212) 619-3749
                                          Fax: (800) 879-7938
                                          jawillens@briefworks.com
                                          *Attorney for the defendant*
                                          *Republic of Argentina*

To: Russell W. Jacobs, Esq.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
*Attorneys for Plaintiffs*